UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 1 5 2002

Michael N. Milby, Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | CIVIL ACTION: C-02-005 |
| § | (Claim: C-117357) |
| RUBEN G. CANALES, § | |
| § | |
| Defendant. § | |

## Agreed Judgment

1. On the agreement of the parties, it is adjudged that the USA recover from Ruben G. Canales:

   A. Principal of $1,254.59;
   B. Prejudgment interest of $6.87 to March 30, 1999, and daily accrual of $0.27 per diem until the date of judgment;
   C. Attorney's fees of $250.00;
   D. Administrative Costs of $16.21;

   Post-judgment interest at __2.25__ % per annum.

   Canales will make monthly payments of $100.00, beginning February 15, 2002 and continue to make monthly payments in that amount on the same day of each month for (17) seventeen months until paid in full.

2. Monthly payments will be mailed to:    Central Intake Facility
   United States Department of Justice
   P. O. Box 198558
   Atlanta, Georgia  30384.

3. Execution may issue immediately if the defendant defaults on payment.

   Signed: __Feb 15__, 2002, at Corpus Christi, Texas.

   _____
   United States District Judge

Approved and Entry Requested:

By: _____      By: _____
M. H. Cersonsky, TBA#04085000, SBA #5082      Ruben G. Canales
5065 Westheimer, Suite 600                    P.O. Box 674
Houston, Texas  77056                         Falfurrias, TX 78355
Tel. (713) 840-1492 Fax (713) 840-0038
**Attorney for the United States of America**

Of Counsel:
Alonso, Cersonsky & García, P.C.